| | |
|---|---|
| 1 | ZACK I. DOMB, SBN 265185 |
| 2 | zack@dombrauchwerger.com |
| | DEVIN E. RAUCHWERGER, SBN 274234 |
| 3 | devin@dombrauchwerger.com |
| | ERIC Y. HAHN, SBN 311771 |
| 4 | eric@dombrauchwerger.com |
| 5 | **DOMB & RAUCHWERGER LLP** |
| | 1055 East Colorado Blvd., Fifth Floor |
| 6 | Pasadena, CA  91106 |
| | Telephone: (213) 537-9225 |
| 7 | |
| 8 | Attorneys for Plaintiff |
| | Mike Tully |
| 9 | |
| | AARON D. LANGBERG (SBN 284975) |
| 10 | alangberg@tesla.com |
| | TESLA, INC. |
| 11 | 31353 Huntwood Avenue |
| 12 | Hayward, California 94544 |
| | Telephone: (510) 828-8959 |
| 13 | |
| 14 | Attorney for Defendant |
| | Tesla, Inc. |
| 15 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE TULLY, | Case No. 8:25-cv-00066-FWS (JDEx) |
| | *(Assigned to: Hon. Fred W. Slaughter)* |
| Plaintiff, | |
| | **JOINT STATUS REPORT** |
| v. | |
| | Orange County Superior Court |
| TESLA, INC. dba TESLA MOTORS, INC., a Texas Corporation; and DOES 1 through 100, inclusive, | Case No. 30-2024-01446256-CU-WT-CJC |
| | *Complaint Filed: December 11, 2024* |
| Defendants. | |

1  Plaintiff Mike Tully ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"),
2  (collectively the "Parties") submit the following Joint Status Report regarding the
3  arbitration that is proceeding as directed by the Court's Order. (ECF No. 12.)
4  Plaintiff submitted the matter to JAMS Arbitration on April 2, 2025. Defendant has
5  paid the fees required for Arbitration and JAMS has provided the parties with a list of
6  Arbitrators to rank/strike in order to select an arbitrator. The Parties will be submitting
7  their rank/strike lists on June 4, 2025 to select an arbitrator.

DATED: May 30, 2025  **DOMB & RAUCHWERGER LLP**

By: /s/ *Devin E. Rauchwerger*
Zack I. Domb
Devin E. Rauchwerger
Attorney for Plaintiff Mike Tully

DATED: May 30, 2025  **TESLA, INC**.

By: /s/ *Aaron D. Langberg*
Aaron D. Langberg
Attorney for Defendant
TESLA, INC.

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

DATE: May 30, 2025

/s/ *Devin E. Rauchwerger*
Devin E. Rauchwerger, Esq.